ESTHER WINARSKY, Respondent, *v.* FRANCES PERL-
MUTTER et al., Appellants, Impleaded with Another.

Submitted December 3, 1937; decided January 4, 1938.

*Albert Adams* and *Henry I. Perlin* for appellants.
*Samuel Rubin* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.